MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Sarah J. Allen, Bar No. 306286
sarah.allen@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700

Attorneys for Defendant
INSIGHT GLOBAL, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. LUPU,<br><br>    Plaintiff,<br><br>  vs.<br><br>INSIGHT GLOBAL, LLC, a Delaware limited liability company; THERMO FISHER SCIENTIFIC INC., a Delaware corporation; and Does 1 through 25,<br><br>    Defendants. | Case No.  **'20CV1845 JAH  BGS**<br><br>**DECLARATION OF ASHLEY HAMILTON IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT INSIGHT GLOBAL, LLC** |

# DECLARATION OF ASHLEY HAMILTON

I, Ashley Hamilton, hereby declare:

1. I am a Human Resources Manager at Insight Global, LLC ("Insight Global"). The facts stated herein are known to me based on my personal knowledge and on the business records of Insight Global. If called to testify, I could and would competently testify to the following.

2. In my position, I have access to information regarding the business status and records of Insight Global. As part of my responsibilities, I have access to certain of Insight Global's corporate records, including current and former employees' payroll, human resources, and personnel records. I review these files as business needs arise. Such files and records are maintained in the normal course of business by Insight Global.

3. Plaintiff Maria T. Lupu ("Plaintiff") was employed by Insight Global for Thermo Fisher Scientific, Inc. from approximately June 7, 2018 to approximately August 3, 2018. I have reviewed Plaintiff's personnel records, which show that, since at least May 2018 (when Plaintiff applied for employment), during and throughout Plaintiff's employment with Insight Global, her home address was in California.

4. While Plaintiff worked for Insight Global, her hourly rate was $70.00.

5. Insight Global is, and since the commencement of this action has been, a limited liability company organized under the laws of Delaware. Insight Global's principal place of business is located in Atlanta, Georgia. Insight Global's corporate headquarters is in the State of Georgia, as is the majority of its corporate books and records and its executive and administrative functions (including but not limited to operations, corporate finance, accounting, human resources, payroll, marketing, legal, and information systems). In addition, Insight Global's senior

executives work from the Georgia headquarters and direct, control, and coordinate Insight Global's corporate activities from Georgia.

6. As an LLC, Insight Global's sole member entity is IG Staffing Holdings, LLC. IG Staffing Holdings, LLC is also incorporated in Delaware, and has its principal place of business and corporate headquarters in Atlanta, Georgia. IG Staffing Holdings, LLC's member entity is IG Investments Holdings, LLC which is also incorporated in Delaware, and also has its principal place of business and corporate headquarters in Atlanta, Georgia.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 15th day of September, 2020 in Atlanta, Georgia.

*Ashley Hamilton*
Ashley Hamilton

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 18, 2020, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DECLARATION OF ASHLEY HAMILTON IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT INSIGHT GLOBAL, LLC**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Christoph M. Diecke<br>CMD Law Group<br>402 W Broadway, Suite 400<br>San Diego, CA 92101 | *Attorneys for Plaintiff Maria T. Lupu* |
| Sergio A. Perez<br>Centurion Law<br>402 W Broadway, Suite 400<br>San Diego, CA 92101 | |
| David G. Hoiles, Jr.<br>Melissa D. Owens<br>JACKSON LEWIS P.C.<br>225 Broadway, Suite 2000<br>San Diego, California 92101 | *Attorneys for Defendant Thermo Fisher Scientific Inc.* |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on September 18, 2020, at Los Angeles, California.

I declare under the penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

*/s/ Lucy Mata*
Lucy Mata