MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Sarah J. Allen, Bar No. 306286
sarah.allen@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700

Attorneys for Defendant
INSIGHT GLOBAL, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. LUPU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INSIGHT GLOBAL, LLC, a Delaware limited liability company; THERMO FISHER SCIENTIFIC INC., a Delaware corporation; and Does 1 through 25,<br><br>　　　　Defendants. | Case No. '20CV1845 JAH BGS<br><br>**DECLARATION OF KATHY H. GAO IN SUPPORT OF DEFENDANT INSIGHT GLOBAL, LLC'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 39589672.1

## DECLARATION OF KATHY H. GAO

I, Kathy H. Gao, hereby declare as follows:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant Insight Global, LLC ("Defendant" or "Insight Global"). I make this declaration in support of Insight Global's Notice of Removal. I have personal knowledge of the facts stated in this declaration based on my review of the case documents and the court docket in this matter. If called and sworn as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Summons, Complaint, Civil Case Cover Sheet, Notice of Case Assignment and Case Management Conference, and Notice of Eligibility to eFile and Assignment to Imaging Department in this action served personally on Insight Global on August 19, 2020.

3. Attached hereto as Exhibit B is a true and correct copy of Defendant Thermo Fisher Scientific, Inc.'s Answer to Plaintiff's Complaint filed in this action on September 16, 2020 in the San Diego County Superior Court.

4. Attached hereto as Exhibit C is a true and correct copy of Insight Global's Answer to Plaintiff's Complaint filed in this action on September 17, 2020 in the San Diego County Superior Court.

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Nancy A. Newark in support of Insight Global's Notice of Removal.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct, and that this declaration is being executed on this 18th day of September 2020, in Los Angeles, California.

*/s/ Kathy H. Gao*
Kathy H. Gao

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

2

DB2/ 39589672.1